AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Carla Perez-Arguelles<br><br><br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. **8:26-mj-2343-AAS** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Carla Perez-Arguelles                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Illegal Re-Entry by Deported Alien.
In Violation of:  8 U.S.C. § 1326(b)(1).

Date:  June 30, 2026                                         _____
                                                                                    *Issuing officer's signature*

City and state:        Tampa, Florida                      AMANDA ARNOLD SANSONE, U.S. Magistrate Judge
                                                                                    *Printed name and title*

---

### Return

This warrant was received on *(date)*  7/1/26      , and the person was arrested on *(date)*  6/25/26
at *(city and state)*        Tampa, FL                      .

Date:  7/1/26                                                 _____
                                                                                    *Arresting officer's signature*

                                                                 O. Otero   D.O
                                                                                    *Printed name and title*

RECEIVED U.S. MARSHALS
2026 JUL 1 AM10:05